1  BINGHAM MCCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  HOLLY A. HOUSE (SBN 136045)
   J. LEAH CASTELLA (SBN 205990)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: (415) 393-2000

5  Attorneys for Plaintiffs
   SONOMA FALLS DEVELOPER, LLC,
6  SONOMA FALLS LENDER, LLC and
   SONOMA FALLS MANAGER, LLC
7
   HOLLAND & KNIGHT LLP
8  JEROME L. LEVINE (SBN 38613)
   JAMES R. RODIO (VA SBN 20139)
9  DAVID M. GONDEN (SBN 154306)
   50 California Street, 28th Floor
10 San Francisco, CA 94111
   Telephone: (415) 743-6900
11
   Attorneys for Defendant
12 DRY CREEK RANCHERIA BAND OF POMO
   INDIANS OF CALIFORNIA
13

14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA

16
   SONOMA FALLS DEVELOPER, LLC,           No. C 01 4125 VRW
17 SONOMA FALLS LENDER, LLC, and
   SONOMA FALLS MANAGER, LLC,
18                                         **STIPULATION FOR ORDER**
              Plaintiff,                   **AND ORDER OF DISMISSAL**
19      v.                                 **WITH PREJUDICE**
                                           FRCP RULE 41(a)(1)(ii)
20 DRY CREEK RANCHERIA BAND OF
   POMO INDIANS OF CALIFORNIA,
21
              Defendant.
22

23

24                              **STIPULATION**

25      Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), the parties, through their

26 respective counsel of record, hereby stipulate that:

27

28

1) the Complaint, First Amended Complaint, Second Amended Complaint and Third Amended Complaint of Plaintiffs against Defendant, the Dry Creek Rancheria Band of Pomo Indians of California; and

2) the Counter-Claims of the Dry Creek Rancheria Band of Pomo Indians of California against Plaintiffs; and

3) the entire action,

be dismissed with prejudice, each side to bear its own costs and attorneys fees.

Dated: Nov. 7, 2003

DAVID M. BALABANIAN
HOLLY A. HOUSE
BINGHAM MCCUTCHEN LLP

By: _____
Holly A. House

Attorneys for Plaintiffs and Counter-Defendant Sonoma Falls Developer, LLC, Sonoma Falls Lender, LLC and Sonoma Falls Manager, LLC

Dated: Nov. 7, 2003

JEROME L. LEVINE
DAVID M. GONDEN
HOLLAND & KNIGHT LLP

By: _____
David M. Gonden

Attorneys for Defendant and Counter-Claimant The Dry Creek Rancheria Band of Pomo Indians

## ORDER

Based on the Parties stipulation, as set out above, and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated: _____

_____
Vaughn R. Walker
United States District Judge

# 1297106_v2